IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

BRIDGETTE A. TURNER,
ADC #706745                                                                                         PLAINTIFF

v.                                          1:06CV00021HLJ

LINDA DIXON, et al.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, and that this dismissal constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g).  The relief sought is denied.

IT IS SO ADJUDGED this 21st day of December, 2006.


*/s/ Henry L. Jones, Jr.*
United States Magistrate Judge